UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

UNITED STATES OF AMERICA    )
    )
    v.    ) CAUSE NO. 3:10-CR-10(01) RM
    )
DOMINIQUE FORD    )

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on May 10, 2010. Accordingly, the court ADOPTS those findings and recommendations [docket # 18], ACCEPTS defendant Dominique Ford's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 641.

SO ORDERED.

ENTERED: __June 2, 2010__


__/s/ Robert L. Miller, Jr._____
Judge
United States District Court